FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0173

_____

KELLI JONES, f/k/a KELLI PARKER,

     Petitioner and Appellee,

  v.                                      O R D E R

KEVIN PARKER and STACY SNAVELEY,

     Respondent and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022